UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KINA JACKSON,

    Plaintiff,

v.  Case No. 3:21-cv-133-MMH-MCR

ROSENTHAL, MORGAN AND THOMAS, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Dkt. No. 8; Notice) filed on June 21, 2021. In the Notice, Plaintiff requests dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2.   The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of June, 2021.

MARCIA MORALES HOWARD
United States District Judge

i52

Copies to:

Counsel of Record
Pro Se Parties